**FILED**

JUL 14 2015

DAVID CREWS, CLERK
BY_____
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:15CR081
　　　　　　　　　　　　　　　　　　　　18 U.S.C. § 1153
MILTON CHAPMAN　　　　　　　　　　　MS Code § 97-17-23(1)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 4, 2015, in the Northern District of Mississippi, within Indian Country on land that is part of the Mississippi Band of Choctaw Indians' reservation, **MILTON CHAPMAN**, an Indian and defendant herein, did knowingly commit burglary in that he did break and enter a dwelling house of another with intent to commit a crime therein, that is assault against Tim Gene Willis, an Indian, all in violation of Title 18, United States Code, Section 1153(a) and Mississippi Code, Section 97-17-23(1).

A TRUE BILL

_____　　　　　/s/ signature redacted
UNITED STATES ATTORNEY　　　　　　　FOREPERSON